UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ATLEAN TYSON et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civ. No. 00-2559 D/A |
| v. | * | |
| | * | |
| EQUITY TITLE & ESCROW CO. OF MEMPHIS, LLC., et al., | * | |
| | * | |
| Defendants, | * | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME

Upon the motion by Plaintiffs' Motion for an Extension of Time until October 4, 2005, to respond to Defendants' Motion for Clarification, the Plaintiffs' Motion for Extension of Time is GRANTED.

BERNICE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-22-05

584

<re

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 584 in case 2:00-CV-02559 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Darryl D. Gresham
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

A. William Loeffler
TROUTMAN SANDERS
600 Peachtree St., N.E.
Ste. 5200
Atlanta, GA 30308--221

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Charles Wesley Fowler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jeannie M. Kosciolek
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Chapman Sellers Morrow
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

Nanette L. Wesley
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Darryl D. Gresham
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, pllc
80 Monroe Ave.
Ste. 650
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Lucille F. Bond
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT