FILED BY _____ D.C.

05 NOV 18 PM 12: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ATLEAN TYSON, et al.,**

    Plaintiffs,

v.

**EQUITY TITLE & ESCROW CO. OF MEMPHIS, LLC, et al.,**

    Defendants.

Case No.: 00-2559 D

---

**RENEE ECHOLS, et al.,**

    Plaintiffs,

v.

**EQUITY TITLE & ESCROW CO. OF MEMPHIS, LLC, et al.,**

    Defendants.

Case No. 01-2033 D

---

**RAFAEL NERY, et al.,**

    Plaintiffs,

v.

**EQUITY TITLE & ESCROW CO. OF MEMPHIS, LLC, et al.,**

    Defendants.

Case No. 02-2477 D

---

## ORDER REFERRING CASE TO MEDIATION

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this  16  day of  November , 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 588 in case 2:00-CV-02559 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Darryl D. Gresham
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, pllc
80 Monroe Ave.
Ste. 650
Memphis, TN 38103

Darryl D. Gresham
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Chapman Sellers Morrow
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

A. William Loeffler
TROUTMAN SANDERS
600 Peachtree St., N.E.
Ste. 5200
Atlanta, GA 30308--221

Jeannie M. Kosciolek
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Charles Wesley Fowler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lucille F. Bond
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Nanette L. Wesley
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT