IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ATLEAN TYSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 00-2559 D/An |
| | ) | |
| EQUITY TITLE AND ESCROW COMPANY OF MEMPHIS, LLC, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO INTERVENE FOR A LIMITED PURPOSE

Before the Court is Novastar Mortgage Inc.'s Motion to Intervene for a Limited Purpose filed on November 23, 2005. The United States District Judge Bernice B. Donald referred the matter to the United States District Judge for determination. For good cause shown and because the Motion is not opposed by any of the parties, the Motion is **GRANTED**.

IT IS SO ORDERED.

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: December 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/28/05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 597 in case 2:00-CV-02559 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Dawn Davis Carson
HEATON & MOORE, P.C.
100 N. Main St.
Ste. 3400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Lucille F. Bond
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Nanette L. Wesley
HUSCH & EPPENBERGER
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Jonathan C. Hancock
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Darryl D. Gresham
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Chapman Sellers Morrow
THE HARDISON LAW FIRM
119 South Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jeannie M. Kosciolek
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Charles Wesley Fowler
GARY K. SMITH & ASSOCIATES, PLLC.
100 Peabody Place
Ste. 1300
Memphis, TN 38103

A. William Loeffler
TROUTMAN SANDERS
600 Peachtree St., N.E.
Ste. 5200
Atlanta, GA 30308--221

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Jim N. Raines
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT